IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CLARK JENNINGS AND ASSOCIATES, INC., AGSTAR FINANCIAL SERVICES, ACA, AND AGSTAR FINANCIAL SERVICES, FLCA, | 3:11-CV–00880-BR<br><br>JUDGMENT<br>OF DISMISSAL |
| Plaintiffs, | |
| v. | |
| FIRST AMERICAN TITLE INSURANCE COMPANY OF OREGON, AND FIRST AMERICAN TITLE INSURANCE COMPANY, | |
| Defendants. | |

Based upon the filing of the parties' Stipulation for Dismissal with Prejudice (#36) pursuant to Fed. R. Civ. P. 41(a), filed June 24, 2013, this matter is hereby **DISMISSED with prejudice** and without costs or attorney fees to either party.

Dated this 25th day of June, 2013.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL